UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL POSEY,

Defendant.

Criminal Action No. **03cr563**
(CKK)

## ORDER

This case is before the Court upon the receipt of a Report and Recommendation [79] filed

on December 5, 2012, from Magistrate Judge Alan Kay. No objections to the Magistrate Judge's

Report and Recommendation have been received by the Court.

Accordingly, it is this _19th_ day of December, 2012,

**ORDERED** that the Report and Recommendation [39] filed in the above-captioned case

is hereby **ADOPTED**, and accordingly, Defendant's supervised release is revoked. It is

**FURTHER ORDERED** that a Sentence shall be addressed and imposed at a Court

hearing on Wednesday, January 16, 2013, at 9:30 a.m. in Courtroom 28A.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)



Copies to:

Lara Quint, Esq.
Angela George, AUSA
Sondra A. Rhodes, US Probation Officer
Magistrate Judge Alan Kay